971 A.2d 486

**In re Nominating Petition of Philip J. BERG for Judge of the Common Pleas Court of Montgomery County, Pennsylvania, Objection of Brian Miles.**

**Appeal of Philip J. Berg.**

Supreme Court of Pennsylvania.

April 27, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of April, 2009, the order of the Commonwealth Court is **AFFIRMED.**